# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Seroquel XR (Extended Release Quetiapine Fumarate) Antitrust Litigation | Master Dkt. No. 20-1076-CFC |
| This Document Relates To:<br>C.A. Nos. 20-1086; 20-1087; and 20-1089 | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(2), Retailer Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqtrs. Corp., Walgreen Co., The Kroger Co., Albertsons Companies, Inc., Hy-Vee, Inc., and H-E-B, L.P., (collectively, "Retailers"), and Handa Pharmaceuticals, LLC ("Handa"), hereby stipulate to the dismissal of the Retailers' claims against Handa in the above-captioned actions with prejudice, with each party to bear its own attorney's fees and costs. Entry of this Order will not affect any claims by Retailers against any other Defendant(s).

| | |
|---|---|
| OF COUNSEL:<br><br>Barry L. Refsin<br>Eric L. Bloom<br>Alexander J. Egerváry<br>Caitlin V. McHugh<br>HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>(215) 568-6200<br>brefsin@hangley.com<br>ebloom@hangley.com<br>aegervary@hangley.com<br>cmchugh@hangley.com<br><br>*Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs. Corp.*<br><br>Scott E. Perwin<br>Lauren C. Ravkind<br>Anna T. Neill<br>SPERLING KENNY NACHWALTER, LLC<br>Four Seasons Tower, Suite 1100<br>Miami, FL 33131<br>(305) 373-1000<br>sep@sperlingkenny.com<br>lcr@sperlingkenny.com<br>aneill@sperlingkenny.com<br><br>*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., and Hy-Vee, Inc.* | PRICKETT, JONES & ELLIOTT, P.A.<br><br>*/s/ J. Clayton Athey*<br>J. Clayton Athey (DE No. 4378)<br>John G. Day (DE No. 6023)<br>1310 N. King Street<br>Wilmington, DE 19801<br>(302) 888-6500<br>jcathey@prickett.com<br>jgday@prickett.com<br><br>*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs. Corp.* |

| | |
|---|---|
| OF COUNSEL: | CONNOLLY GALLAGHER LLP |
| Christopher J. Marino<br>James E. Gallagher<br>DAVIS MALM & D'AGOSTINE, P.C.<br>One Boston Place, 37th Floor<br>Boston, MA 02108<br>(617) 367-2500<br>cmarino@davismalm.com<br>jgallagher@davismalm.com | /s/ Alan R. Silverstein<br>Arthur G. Connolly, III (DE No. 2667)<br>Alan R. Silverstein (DE No. 5066)<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>(302) 757-7300<br>aconnolly@connollygallagher.com<br>asilverstein@connollygallagher.com<br><br>*Counsel for Handa Pharmaceuticals, LLC* |

May 2, 2025

**IT IS SO ORDERED this** 6th **day of May, 2025.**

_____
COLM F. CONNOLLY
CHIEF UNITED STATES DISTRICT JUDGE

4

4934-9629-3693, v. 1